IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Laratio L. Dantzle, )
    Plaintiff, )
  )
v. )   1:16cv971 (TSE/MSN)
  )
Newport News Police Department, et al., )
    Defendants. )

### ORDER

Laratio L. Dantzle, a Virginia inmate proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that he was unlawfully shot by officers of he Newport News Police Department. By an Order dated November 7, 2016, deficiencies in the complaint were explained, and plaintiff was directed to particularize and amend his allegations on a standardized §1983 complaint form. Plaintiff also was instructed to complete and return a Consent Form. Plaintiff was advised that failure to comply with any part of the Order would result in dismissal of the complaint pursuant to Fed. R. Civ. P. 41(b). Plaintiff has failed to follow any of the foregoing instructions, and has filed nothing further in the lawsuit.

Accordingly, it is hereby

ORDERED that the complaint be and is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that plaintiff's Motion for Leave to Proceed in forma pauperis (Dkt. No. 2) be and is DENIED, AS MOOT.

To appeal, plaintiff must file a written notice of appeal with the Clerk's Office within

thirty (30) days of the date of this Order. A written notice of appeal is a short statement stating a desire to appeal this Order and noting the date of the Order plaintiff wants to appeal. Plaintiff need not explain the grounds for appeal until so directed by the Court.

The Clerk is directed to send a copy of this Order to plaintiff and to close this civil action.

Entered this 27th day of Feb. 2017.

Alexandria, Virginia

/s/
T. S. Ellis, III
United States District Judge